IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR375 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PAUL BEVERIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's motion to continue the defendant's Rule 35 hearing (filing 46) is denied as moot.

    DATED this 16th day of June, 2005.

                                                              BY THE COURT:

                                                              s/ Richard G. Kopf
                                                              United States District Judge