## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL BEVERIDGE,<br><br>        Defendant. | 8:03cr375<br>8:11cr366<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

    Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

    The above-named defendant shall be detained until further order, because:

  __X__  The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

  ____  The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>based on the allegations of the petition, and the testimony of the supervising officer, the defendant poses a risk of flight and a serious risk of harm to the public and himself if released. The defendant will be undergoing a substance abuse evaluation.</u>

**IT HEREBY IS FURTHER ORDERED:**

    The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   December 8, 2011          BY THE COURT:

                                             *s/Cheryl R. Zwart*
                                             Cheryl R. Zwart
                                             United States Magistrate Judge